## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES GARLAND JOHNS**
**ADC #655824**                                                                                     **PLAINTIFF**

**V.**                              **CASE NO. 1:14CV00080-JM-BD**

**GLENDA ROSE AND FERGISON**                                               **DEFENDANTS**

### ORDER

The Court has received a Recommended Disposition from Magistrate Judge Beth Deere.  The parties have not filed objections.  After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and it hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Johns's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 2nd day of September,  2014.

_____
UNITED STATES DISTRICT JUDGE